THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS POBER and HARRY J. COHEN, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACOB A. JACOBS, Appellant, v. NATHAN E. NEWMAN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

H. RAY PAIGE, Respondent, v. CHARLES BURNHAM SQUIER, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FLORENCE WILLARD, Respondent, v. JOSEPH HAAN, Appellant.— Order modified by providing that the question as to whether or not the release set up by the defendant in his affidavits was validly given and covered the cause of action, be referred to a jury trial for determination, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ERIE RAILROAD COMPANY, Appellant, v. ROYAL CARD & PAPER COMPANY, INC., Respondent.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ERIE RAILROAD COMPANY, Appellant, v. ROYAL CARD & PAPER COMPANY, INC., Respondent.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAROLD L. LOUD, Respondent, Appellant, v. CLIFFORD COUNTRY ESTATES, INC., Appellant, Impleaded with WALTER CLIFFORD, Respondent, and Another, Defendant. AUGUST B. LOUD, Respondent, Appellant, v. CLIFFORD COUNTRY ESTATES, INC., Appellant, Impleaded with WALTER CLIFFORD, Respondent, and Another, Defendant.†— Judgment, so far as appealed from by the defendant Clifford Country Estates, Inc., affirmed, with costs to plaintiff against said defendant. The said judgments, so far as appealed from by the plaintiff, reversed, with costs to the plaintiff against the defendant Walter Clifford, and judgments directed to be entered in favor of the plaintiff against said defendant, with costs, upon the ground that the record shows that said defendant instigated and was responsible for the false representations which induced the plaintiff to purchase the stock in question. Settle orders on notice, reversing the findings inconsistent with this determination, and making such new findings of facts proved as are necessary to sustain the judgments hereby awarded. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HERMAN E. RIDDELL, as Ancillary Executor, etc., of A. G. RHODES, Deceased, Appellant, v. WILLIAM BLOOM, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion, so far as to strike out the defense contained in paragraphs 5, 6 and 7 of the supplemental answer, granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT LATORRO (CHILE MAPOCHO ACUNA), Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EVERETT WADDEY COMPANY, Appellant, v. NATIONAL PUBLISHERS CORPORA-

---

* Appeal dismissed, 254 N. Y. ——.  † Appeal dismissed, 254 N. Y. ——.